FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLAINE M.,[1] | NO: 1:25-cv-03089-RLP |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 13. Based on the stipulation of the parties, the Court finds good cause exists to grant the motion. Accordingly, pursuant to the stipulation,

**IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 13**, is **GRANTED**.

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. Upon remand, the Administrative Law Judge shall further develop the record, as necessary; offer Plaintiff the opportunity for another administrative hearing; reevaluate the evidence, including the medical opinion of David T. Morgan, Ph.D.; and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 9**, and the hearing and remaining briefing schedule are **VACATED** as moot.

   **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

   **DATED** December 4, 2025.

   _____
   REBECCA L. PENNELL
   United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2